14 JUL 24 AM11:55

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.DIGITAL CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>DROPCAM, INC.,<br><br>　　　　　　　　Defendant. | CASE NO. 14-CV-1579-BEN (DHB)<br><br>**ORDER:**<br><br>**(1) GRANTING UNOPPOSED *EX PARTE* MOTION TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(2) ORDERING PLAINTIFF TO FILE A NOTICE OF RELATED CASES**<br><br>[Docket No. 10] |

Before this Court is an Unopposed *Ex Parte* Motion to Extend Time for Defendant to Answer or Otherwise Respond to the Complaint, filed by Plaintiff e.Digital Corporation. (Docket No. 10). Plaintiff asserts that it served the Summons and Complaint on Defendant Dropcam, Inc. on July 2, 2014. (Docket No. 9).

Plaintiff asks this Court to extend the time for Defendant to answer until September 8, 2014 or whatever time the Court deems just and reasonable. (Mot. at 2). Plaintiff asserts that counsel for Defendant has indicated that Defendant needs additional time to review the Complaint and prepare a response. (*Id.*) Counsel for Plaintiff has filed a declaration stating that counsel for Defendant requested the extension, that Plaintiff has approved the request, and that Defendant's counsel has

1  stated that Defendant does not oppose the instant Motion. (Chalk Decl. ¶¶ 3,4).
2  Plaintiff further asserts that the parties need time to consider and discuss the possibility
3  of an early resolution of this matter. (Mot. at 2). Plaintiff claims that any resolution
4  would likely be a "global resolution" that would "resolve this case in its entirety as to
5  all the parties." (*Id.*) Counsel for Defendant filed a Notice of Appearance (Docket No.
6  11) shortly after the filing of Plaintiff's Motion, but Defendant has not joined or
7  opposed the Motion as of the time this Order is signed.

8      For good cause shown, the Motion is **GRANTED**. Defendant Dropcam, Inc. is
9  **ORDERED** to answer or otherwise respond to the Complaint by **August 12, 2014**.

10     The Court also notes that Plaintiff references a possible "global resolution" and
11 indicates the existence of other parties. Plaintiff is therefore **ORDERED** to promptly
12 file a Notice of Related Cases in compliance with Civil Local Rule 40.1(f). If Plaintiff
13 does not believe that a Notice of Related Cases is required in this matter, Plaintiff must
14 file a notice on the docket within **two (2) days** of the date this Order is filed,
15 acknowledging this Court's Order and stating that Plaintiff does not know of any
16 related cases.

17     **IT IS SO ORDERED.**

19 Dated: July 23, 2014

HON. ROGER T. BENITEZ
United States District Judge