ANTON HANDAL (Bar No. 113812)
anh@handal-law.com
PAMELA C. CHALK (Bar No. 216411)
pchalk@handal-law.com
GABRIEL HEDRICK (Bar No. 220649)
ghedrick@handal-law.com
HANDAL & ASSOCIATES
750 B Street, Suite 2510
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

Attorneys for Plaintiff
e.Digital Corporation

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| e.Digital Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Dropcam, Inc.<br><br>Defendant. | Case No. 3:14-cv-01579-BEN-DHB<br><br>**PLAINTIFF E.DIGITAL CORPORATION'S STATEMENT REQUESTED BY THE COURT IN ITS JULY 24, 2014 ORDER (DOCKET #14) RE: RELATED CASES**<br><br>**Assigned to the Honorable Judge Roger T. Benitez Courtroom 5A (Schwartz)**<br><br>**DEMAND FOR JURY TRIAL** |

*STATEMENT RE: RELATED CASES* -1- CASE NO. 3:14-CV-01579-BEN-DHB

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

Pursuant to the Court's July 24, 2014 Order (Dkt #14), Plaintiff, e.Digital Corporation ("Plaintiff"), and its counsel hereby respectfully submit this statement re: related cases.

Plaintiff submits that at this time that there are no related cases to this matter as defined by Local Civil Rule 40.1(g).

**HANDAL & ASSOCIATES**

Dated: July 24, 2014

By: /s/Pamela C. Chalk
Anton N. Handal
Pamela C. Chalk
Gabriel G. Hedrick
Attorneys for Plaintiff
e.Digital Corporation

*STATEMENT RE: RELATED CASES* -2- CASE NO. 3:14-CV-01579-BEN-DHB

HANDAL & ASSOCIATES
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on this date to all counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed this 24th day of July, 2014 at San Diego, California.

**HANDAL & ASSOCIATES**

Dated: July 24, 2014

By: /s/Pamela C. Chalk
Anton N. Handal
Pamela C. Chalk
Gabriel G. Hedrick
Attorneys for Plaintiff
e.Digital Corporation

*HANDAL & ASSOCIATES*
750 B STREET
SUITE 2510
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

*STATEMENT RE: RELATED CASES* -3- CASE NO. 3:14-CV-01579-BEN-DHB